**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

| | |
|---|---|
| SHANNON FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; TransUnion, LLC; Equifax Information Services, LLC; Flagstar Bank, N.A.,<br><br>Defendants. | Case No. 2:24-cv-03374-JDP<br><br>[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND DEADLINE OF FLAGSTAR BANK, N.A. TO RESPOND TO COMPLAINT BY AN ADDITIONAL 7 DAYS (L.R. 144) [DOC. 9]<br><br>Current Response Deadline:<br>January 21, 2025<br><br>New Response Deadline:<br>January 28, 2025 |

The Court, having fully considered the Stipulation of Plaintiff Shannon Foley ("Plaintiff") and Defendant Flagstar Bank, N.A. ("Defendant" or "Flagstar") (collectively referred to as "Parties"), to extend the deadline for Defendant Flagstar to Respond to the Complaint by an additional seven (7) days and good cause having been shown, the Court herby orders as follows:

The deadline for Defendant Flagstar Bank, N.A. to respond to Plaintiff's Complaint is hereby extended by seven (7) days up to and including January 28, 2025.

IT IS SO ORDERED.

Dated:   January 23, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE