Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Shannon Foley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Shannon Foley,<br><br>        Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC et. al.<br>        Defendants. | Case No.: 2:24-cv-03374-WBS-JDP<br><br>**ORDER** |

### ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax Information Services LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 10, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE